SARAH E. BUCKBEE, Appellant, *v.* THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.

*Buckbee* v. *Board of Education, N. Y. City,* 115 App. Div. 366, affirmed. (Argued January 10, 1907; decided January 29, 1907.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 10, 1906, which reversed an interlocutory judgment of Special Term sustaining a demurrer to the answer and overruling such demurrer in an action to recover a balance alleged to be due for services.

The following question was certified :

" Is the new matter set up by way of defense in paragraph 2 of the defendant's answer to each of the causes of action set forth in the complaint a sufficient defense in law upon the face thereof ? "

*Theodore H. Lord* and *John T. Little* for appellant.

*William B. Ellison, Corporation Counsel (Theodore Connoly* and *Stephen O'Brien* of counsel), for respondent.

Order affirmed, with costs, and question certified answered in the affirmative on opinion of CLARKE, J., below.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.